

**NUMBERS 13-08-00124-CV
& 13-09-00155-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN RE: RICARDO VELASQUEZ REYES**

**On Petition for Writ of Mandamus.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Benavides
Memorandum Opinion Per Curiam[1]**

Relator, Ricardo Velasquez Reyes, filed pro se petitions for writ of mandamus in the above cause on March 6, 2008 and March 20, 2009. The Court, having examined and fully considered the petitions for writ of mandamus, is of the opinion the relator has not shown himself entitled to the relief sought and that the petitions should be denied. Accordingly, the petitions for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this the 30th day of April, 2009.

---

[1] *See* TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions), 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so.").